UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

        -V-                                     ORDER
                                         CR08-76 (JBW)

JEROME BRANCATO
-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 02 2012 ★
BROOKLYN OFFICE

Defendant's motion for early termination of supervised release will be heard on February 22, 2012, at 10:00 a.m.

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 1/27/12