UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 21 2012

------------------------X

UNITED STATES OF AMERICA

BROOKLYN OFFICE

-v-

CASE NUMBER:

JEROME BRANCATO

__CR 08-76__ (JBW)

------------------------X

NOTATION OF ADJOURNMENT

The **TIME OF THE HEARING** scheduled for ___2/22/12___ in the above captioned case has been ~~adjourned~~ **CHANGED** to ___2:45 p.m.___

DATED: 2/21/12
Brooklyn, New York

Signed:

_JUNE P. LOWE_
CASE MANAGER

CC-: